United States District Court
Southern District of Texas
**ENTERED**
June 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

_____

| | |
|---|---|
| Alfredo Benito Maldonado, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>Kristi Noem )<br>Secretary, U.S. Department of )<br>Homeland Security  et al. )<br>)<br>Respondents. ) | Cause No. 4:25-cv-02541 |

_____

## ORDER SETTING HEARING ON PRELIMINARY INJUNCTION AND EXTENDING TRO

    Before the Court is Petitioner's Motion to Set a Hearing and Extend the Temporary Restraining Order entered by the Court on June 5th, 2025. Doc. 9. Respondents have indicated that they are opposed to the extension for the same reasons stated on the June 4th, 2025 hearing. Considering the lack of any change in Petitioner's circumstances since the date of the Court's order, the Court hereby GRANTS Petitioner's Motion (Doc. 9).

    Petitioner's TRO is extended for an additional 14 days. The Court will issue notice regarding the time and date of a hearing to determine if further extensions or relief should be granted.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 18ʰ of June, 2025

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE