United States District Court
Southern District of Texas
**ENTERED**
June 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ALFREDO BENITO MALDONADO,** | § |
| | § |
| *Petitioner*, | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:25-CV-2541 |
| | § |
| **KRISTI NOEM, SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** *et al.*, | § |
| | § |
| *Defendants*. | § |

### ORDER

On June 5, 2025, the Court granted Petitioner's Emergency Motion for Temporary Restraining Order (ECF No. 3), temporarily stayed Petitioner's removal, and indicated that a briefing schedule would be set by separate order. ECF No. 8. On June 18, 2025, the Court granted Petitioner's Request to Set Hearing on Preliminary Injunction and Extend Temporary Restraining Order (ECF No. 9) and indicated that a preliminary injunction hearing would be set by separate order. ECF No. 11.

Accordingly, the Court now sets the briefing schedule and hearing on preliminary injunction.

IT IS ORDERED that Petitioner shall file his motion for a preliminary injunction by no later than July 7, 2025, and Respondents shall file their response by no later than July 14, 2025.

IT IS FURTHER ORDERED that the Court will hold a hearing on Petitioner's motion for a preliminary injunction on July 16, 2025 at 2 PM by telephone.

IT IS FURTHER ORDERED that the Temporary Restraining Order currently in effect (ECF No. 3) is EXTENDED for an additional 14 days to allow the parties to brief, and the Court

to decide, Petitioner's motion for a preliminary injunction.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 27th day of June, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE