United States District Court
Southern District of Texas
**ENTERED**
August 05, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ALFREDO BENITO MALDONADO, | § § | |
| Petitioner, | § § | CIVIL ACTION NO. 4:25-cv-02541 |
| v. | § § | |
| KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, et al. | § § § § | |
| Respondents. | § § | |

## ORDER

The Court has considered Respondents' Unopposed Motion to Continue Answer Deadline (ECF 15) and finds that it should be **GRANTED**. Respondents have until August 11, 2025 to file an Answer or other responsive pleading to the complaint.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 5th of April, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE