# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **ALFREDO BENITO MALDONADO,** § | |
| § | |
| *Plaintiff*, § | |
| VS. § | **CIVIL ACTION NO. 4:25-cv-02541** |
| § | |
| **KRISTI NOEM, Secretary, U.S.** § | |
| **Department of Homeland Security et al.,** § | |
| § | |
| *Defendants*. § | |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal without Prejudice of its claims in this action against Defendants. ECF No. 17. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 7th of Augst, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE